Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT JOSEPH LABONTE, II, et al.<br><br>Defendant. | CASE NO. 1:10-cv-02164-LJO-SKO<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANT, AND HIS ATTORNEYS OF RECORD:**

Plaintiff Joe Hand Promotions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Tuesday, March 1, 2011 at 9:45 A.M. This request will be, and is, necessitated by the fact that defendant Albert Joseph Labonte, II, individually and d/b/a Tony Romas is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Tuesday, March 1, 2011 at 9:45 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 21, 2011           */s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   By: Thomas P. Riley
                                   Attorneys for Plaintiff
                                   Joe Hand Promotions, Inc.

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. «Case_Number_Short»
PAGE 21**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:10-cv-02164-LJO-SKO styled *Joe Hand Promotions, Inc. v. Albert Joseph Labonte, II, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 23, 2011**          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. «Case_Number_Short»
PAGE 31**

PDF created with pdfFactory trial version www.pdffactory.com