# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:10-cv-02164-LJO-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BE GRANTED** |
| v. | |
| ALBERT JOSEPH LABONTE II, INDIVIDUALLY and d/b/a TONY ROMAS, | **(Docket Nos. 12, 14)** |
| Defendant. / | |

On May 6, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for default judgment be GRANTED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fifteen (15) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 6, 2011, are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment is GRANTED;
3. Judgment is entered in this action against Defendant Albert Joseph Labonte II, individually and dba Tony Romas ;
4. Damages in the amount of $16,300 are awarded; and
5. This action shall be administratively closed.

IT IS SO ORDERED.

Dated:   May 24, 2011                                 /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE